IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
ROBLOX ACCOUNT:

Case No. 3:24-SW- 81

Roblox Username: Tuhrav

THAT ARE STORED AT PREMISES
CONTROLLED BY ROBLOX, CORP.

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, Laura Toepfer, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I make this affidavit in support of an application for a search warrant for
information associated with the following Roblox account(s) username: TuhRav (associated
email address: westpfahltrav@gmail.com) (hereinafter "SUBJECT ACCOUNT"). The
SUBJECT ACCOUNT is stored at premises owned, maintained, controlled, or operated by
ROBLOX, Corp. ("Roblox"), an online gaming platform company headquartered at 970 Park
Place, Suite 100, San Mateo, California 94403. The information to be searched is described in
the following paragraphs and in Attachment A.  This affidavit is made in support of an
application for a search warrant under 18 U.S.C. § 2251(a) (Production of Child Pornography),
2252A (Transportation, Distribution, Receipt, and Possession of Child Pornography), and
2422(b) (Attempted Coercion and Enticement of a Minor) to require Roblox to disclose to the
government records and other information in its possession, pertaining to the subscriber or
customer associated with the accounts, including the contents of communications.

2.     I am a Special Agent with the Federal Bureau of Investigation (FBI), United

1

States Department of Justice, and have been employed with the FBI since December 2021. I am assigned to the Richmond Field Office of the FBI in Richmond, Virginia, and am responsible for conducting criminal investigations pertaining to various violations of federal law. As part of my duties, I have received training regarding the investigation of federal crimes including crimes involving child exploitation. By virtue of my employment with the FBI, I have performed a variety of investigative tasks including conducting arrests and executing Federal search warrants. As a Special Agent, I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7).

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2251(a) (Production of Child Pornography), 2252A (Transportation, Distribution, Receipt, and Possession of Child Pornography), and 2422(b) (Attempted Coercion and Enticement of a Minor) are present in the information associated with Roblox account username TuhRav (associated email address: westpfahltrav@gmail.com) as further described in Attachment A. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband or fruits of these crimes as described in Attachment B.

## RELEVANT STATUTORY PROVISIONS

5.     **Production of Child Pornography**: 18 U.S.C. § 2251(a) provides that it is unlawful for any person to persuade, induce, entice, or coerce any minor to engage in any

2

sexually explicit conduct for the purpose of producing any visual depiction of such conduct. Subsection 2251(b) further specifies that it is unlawful for any parent, legal guardian, or person having custody or control of a minor to knowingly permit such minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

6.      **Transportation of Child Pornography:** 18 U.S.C. § 2252A(a)(1) provides that it is a crime for any person to knowingly mail, transport or ship any child pornography using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer.

7.      **Distribution or Receipt of Child Pornography:** 18 U.S.C. § 2252A(a)(2) provides that it is a crime to knowingly receive or distribute any child pornography that has been mailed, or using any means or facility of interstate or foreign commerce, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

8.      **Possession of Child Pornography**: 18 U.S.C. § 2252A(a)(5) provides that it is a crime to knowingly possess, or knowingly access with intent to view, any child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

9.      **Coercion and Enticement**: 18 U.S.C. § 2422(b) provides that it is unlawful for any person, using the mail or any facility or means of interstate or foreign commerce, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempt to do so.

10.     **Child pornography or Child abusive material** means any visual depiction, in any format, of sexually explicit conduct where: (A) the production involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital or computer-generated image that is substantially indistinguishable from that of a minor engaged in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexual explicit conduct. *See* 18 U.S.C. § 2256(8).

11.     **Visual depictions** include undeveloped film and videotape, and data stored on computer disk or by electronic means, which are capable of conversion into a visual image, and data which are capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. *See* 18 U.S.C. § 2256(5).

12.     **Minor** means any person under the age of eighteen years. *See* 18 U.S.C. § 2256(1).

13.     **Sexually explicit conduct** means actual or simulated: (i) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

## INFORMATION REGARDING ROBLOX

14.     Based on my training and experience, I have learned Roblox is an online gaming platform. The company was founded in 2006. Roblox is an imagination platform, where users are encouraged to design, create, and interact with whatever they can imagine. Users of the Roblox platform can collaborate on building and exploring other users' creations. Registered users interact with other users through in-game or website chat, personal messaging, user forums, groups, or other similar features with available privacy settings designed to allow a user to

4

restrict or disable communication with other users. Users search for, find, and play games made by other users, Users play these games with other users from around the world.

15.     Roblox users must create a Roblox account to play their games. To create a Roblox account, users create a unique username and password and provide other demographic information such as age or date of birth, gender, regional location, or language preference. Users are asked to provide or may choose to add an email address to their account for added verification and/or to enable certain features. The primary purpose for this email address is to provide account security, as this is the only way for Roblox to check the authenticity of an account owner. If the individual is a child, they are asked to provide a parent email address. Users may change the email address associated with their account at any time.

16.     In addition to account setup on Roblox, the company may collect and process personal information from users directly for some of their features and activities.

17.     If a user chooses to provide a phone number during registration, the user may receive a verification SMS after sign-up to confirm their ownership of the number, which would allow them to log in via mobile device. The user's phone number may also be used to recover lost or forgotten passwords. The user's phone number may also be used to access their contact list to find other friends using Roblox.

18.     When users agree to use the "Find Friends" feature, Roblox may ask their permission to access and collect personal information about their contacts in their address book on their mobile phone, either at the time they register for the service or otherwise. As part of the feature, Roblox will automatically access and collect information in their address book from time to time in order to sync their contacts. Roblox also offers the "Nearby Friends" feature that allows users to connect with other Roblox users/players near them.

19.     Roblox users can purchase virtual currency or premium subscriptions and may use a variety of payment methods. When making purchases, users or their parents may be required to enter billing information, including name, billing address, credit card, or other payment information, and billing email. The billing information, transaction details, and purchase history may also be retained and used by their payment processors.

20.     When a user posts, shares, or otherwise transmits comments or messages on Roblox via community features, such as public chat or private chat, forums, group walls, personal posts, etc., Roblox may collect these comments and messages, and they may be monitored, filtered, and moderated.

21.     When users participate in the Roblox Developer Exchange Program, Roblox requires the user to provide an IRS W-9 form or a W-8 form.

22.     When users contact or send communications to Roblox, for example, when the user contacts customer support, reports a problem, or submits questions, concerns, or comments regarding their service or its content, Roblox may collect contact information such as email addresses and other important information about the inquiry or concern.

23.     When users interact with third-party plug-ins that may be available on the service, which include third-party social media widgets, share buttons, and/or login mechanisms, social plugins from Google, Facebook, Twitter, or other platforms, certain information from their social media accounts may be accessed by or shared by Roblox.

24.     When users participate in contests, competitions, sweepstakes, giveaways, prize draws, or other promotions that Roblox runs or sponsors on their service, those promotions may involve the collection and use of certain contact information such as name, email address, and/or

telephone number for prize fulfillment purposes as well as other information or contact needed for the specific promotion.

25.     When users respond to or participate in voluntary research or demographic surveys or studies, Roblox may collect information about their likes and dislikes, game play interests and habits, general hobbies and interests, and other lifestyle information or preferences. These surveys may ask for personal information.

26.     When users request or agree to location-based services from Roblox, Roblox may collect or track real-time or precise geolocation information to provide services such as tagging, check-in and content delivery, geo-based advertising, or other services that are dependent on knowing where the person is located. This information may be collected in combination with an identifier associated with your device to enable Roblox to recognize their mobile browser or device when they return to service.

27.     When users browse, navigate, or otherwise interact with Roblox, Roblox collects information from their device and is kept and used to help them improve their service. These are known as cookies. A cookie is a small text file that is placed on your computer or mobile device when you visit a site. It enables the website to remember you, your actions, and preferences over a period of time.

28.     Social networking and/or online gaming platform providers like Roblox typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the type of devices used and associated with each account.

29.     Therefore, the computers and servers of Roblox are likely to contain all the material just described, including stored electronic communications and information concerning

the subscribers and their use of Roblox, such as account access information, transaction information, and account application.

30.     Roblox is considered an electronic communications service (ECS) provider because it provides its users access to electronic communications services as defined in 18 U.S.C. §§ 2510(15). Section 2703 of Title 18 of the United States Code sets out particular requirements that the government must meet in order to obtain access or disclosure of records communications, and other information from and ECS provider, and through this warrant, the government seeks such disclosures and the items identified in Attachment B.

31.     Based on the information above, the computers of Roblox are likely to contain material described above with respect to the SUBJECT ACCOUNT including stored electronic communications and information concerning subscribers and their use of Roblox, such as account access information, which would include information such as the IP addresses and devices used to access the account, as well as other account information that might be used to identify the actual user or users of the account at particular times.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

32.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Roblox to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

**PROBABLE CAUSE**

33.     In February 2024, the FBI Richmond Field Office received information from the League City Police Department (LCPD) by way of the FBI Houston Field Office – Texas City Resident Agency regarding a potential child exploitation matter involving MINOR VICTIM 1 (hereinafter referred to as MV1,) a 12-year-old male, and an adult male resident of Mechanicsville, Virginia identified as Travis WESTPFAHL. Subsequent investigation identified an additional child exploitation matter involving MINOR VICTIM 2 (hereinafter referred to as MV2,) another 12-year-old male, and WESTPFAHL.

### Forensic Interview of MINOR VICTIM 1

34.     According to the information provided by the LCPD, during a forensic interview conducted in December 2023, MV1 disclosed information regarding online sexual abuse by WESTPFAHL.

35.     MV1 disclosed that he met WESTPFAHL online while MV1 was playing Fortnite with a friend approximately one and a half months prior. WESTPFAHL told MV1 that WESTPFAHL was 27 and a nurse. WESTPFAHL provided MV1 with his telephone number for communication. MV1 did not recall what the telephone number was but thought it was still in his phone. They also communicated via Snapchat and video calls.

36.  ·  On one occasion around Thanksgiving break, WESTPFAHL and MV1 communicated via video call in which WESTPFAHL offered MV1 $50 to "jerk off" on the video call. MV1 complied with this request after which WESTPFAHL paid MV1 with "v bucks" which were redeemed by MV1 for Fortnite character skins.

### Forensic Examination and Review of MINOR VICTIM 1's Electronic Devices

37.     Pursuant to the initial complaint, the LCPD collected two electronic devices belonging to MV1. The LCPD performed a forensic examination of an Apple iPhone 14 and an

Apple iPad 6th Generation, belonging to MV1, and provided copies of the forensic reports to the FBI Richmond Field Office. The reports contained apparent text message communications between MV1 and telephone number 828-979-6974, which was labeled in the communications as "Trav".

38.     From November 20, 2023, through November 23, 2023, "Trav" and MV1 communicated in the aforementioned conversation as follows:

> Trav: Sent a snap
>
> MV1: IMG_0660.MOV
>
> MV1: IMG_0660.MOV
>
> MV1: There daddy
>
> Trav: Snap
>
> Trav: I'm at work
>
> Trav: I gotta go to sleep here soon
>
> MV1: Can you just give me some robux
>
> MV1: Travis
>
> Trav: Give you? *Face emoji*
>
> MV1: Sure we'll go with that
>
> Trav: And can we talk about that tomorrow when I get home from work tomorrow? It's been a long ass day and same thing tomorrow
>
> MV1: Bro
>
> Trav: I worked for 12 and a half hours today *Face emoji*
>
> MV1: Oh

Trav: And then almost 2 hours in driving on top of that. I have to do the same thing tomorrow

MV1: Ok

Trav: Sorry just got home not too long ago

MV1: Robux

MV1: Call me soon

Trav: I'm with my friend

MV1: Oh

MV1: You done now

Trav: No they're with me for thanksgiving

MV1: Oh but are you giving me robux

MV1: You said we could talk about it

Trav: Yes and I tried to mention it the other day and you didn't understand me when I explained like 50 times

MV1: Sorry

Trav: Idk how to explain it lol

MV1: Do I watch you do it

Trav: I sent a snap

MV1: Ok

39.     Within the aforementioned conversation, MV1 sent a video to "Trav", titled IMG_0660.MOV, approximately 9 minutes and 54 seconds in length, in which MV1 is clearly visible sitting in a chair and masturbating in view of the camera. At one point in the video, MV1

appears to put his finger in or around his anus before continuing to masturbate. At the end of the video, MV1 walks towards the camera while holding his penis as the focal point of the video.

40.     Robux is the virtual currency used within Roblox.  As outlined above, Roblox is free to play, with in-game purchases available through a virtual currency called Robux. Robux can be purchased directly from the Roblox website or a user can buy gift cards from retail stores which use a code for redemption.

### Identification of WESTPFAHL and Further Investigation

41.     On January 4, 2024, Verizon provided the subscriber information for (828) 979-6974 in response to a subpoena from LCPD which identified the subscriber as TRAVIS WESTPFAHL, with a listed address of 932 SE Brookedge Ave, Port Saint Lucie, FL, and an additional listed address of 1930 20th Avenue Dr NE Apt 23, Hickory, NC.

42.     On January 18, 2024, pursuant to a search warrant obtained by LCPD, Snapchat provided account content for MV 1's Snapchat account and WESTPFAHL's Snapchat account, further identified as "Travtaur".

43.     Through queries of law enforcement databases, open-source records, and the Virginia (VA) Department of Motor Vehicles (DMV), Agents further identified WESTPFAHL as TRAVIS CHRISTIAN WESTPFAHL, address 6139 Stockade Court, Mechanicsville, VA 23111. Previous queries for WESTPFAHL through the Florida (FL) DMV listed his address as 932 SE Brookedge Ave, Port Saint Lucie, FL 34983. The North Carolina (NC) DMV listed WESTPFAHL's previous address as 1930 20th Avenue Drive NE, Apt 23, Hickory, NC 28601.

### Review of Snapchat Search Warrant of WESTPFAHL

44.    A review by of the aforementioned Snapchat account revealed approximately 158 chats between WESTPFAHL and various other Snapchat users, to include MV1 and MINOR VICTIM 2 (hereinafter referred to as MV2,) as well as other yet unidentified, potential minors.

45.    On December 26, 2023, WESTPFHAL and MV2 exchanged the following messages on Snapchat:

MV2: Wanna play kinetic abilities or new journey?

WESTPFHAL: What game we gonna play?

MV2: I find them both rly fun but even more with you

WESTPFHAL: Thos the only choices? Hehe

MV2: Those the best choices

WESTPFHAL: They're fun but only when I play with you hehe

Later in the conversation, the following exchange occurred:

WESTPFHAL: I offred to help silly. With a lot

MV2: Wdym

WESTPFHAL: [Sent media attachment that is no longer available for review]

MV2: I don't need up to 100

MV2: I would only want a little amount

WESTPFHAL: [Sent media attachment that is no longer available for review]

MV2: Ok

MV2: Any offers?

WESTPFHAL: Wym?

MV2: Anything I can do that's reasonable?

WESTPFHAL: That's for you to think of

WESTPFHAL: I said one thing lol

WESTPFHAL: [Sent two Bitmoji images]

MV2: For like 10-20 what can I do? That's reasonable

MV2: Or give

WESTPFHAL: You think of something ((:

WESTPFHAL: Would be nice to hold trust back too

MV2: Fr

MV2: Forcefield kinda sucks

WESTPFHAL: This one does too

WESTPFHAL: Good

MV2: Be honest

MV2: Would you actually spend your money on me

WESTPFHAL: Yes

WESTPFHAL: I wasn't joking about it mister I was fr. That's why I offered

MV2: Awwww that's so sweet

WESTPFHAL: And when we agree to something I can show you proof I got it ((:

46.     A search of open source information revealed Kinetic Abilities and New Journey are both games available to users on Roblox.

### Identification of MINOR VICTIM 2

47.     A subpoena was served on Snapchat for MV2's account and an additional subpoena was served on the associated telephone number. The subpoena returns identified MV2's parents. Open source research was conducted and a social media account appearing to

14

belong to MV2 was identified. Based on my training and experience MV2 appears to be approximately 11-13 years old.

### Execution of Search Warrants on WESTPFAHL and WESTPFAHL's Residence

48.     On April 3, 2024, investigators executed two Federal search warrants on WESTPFAHL's person and his residence located at 6139 Stockade Court, Mechanicsville, Virginia 23111 (3:24SW53 and 3:24SW54). Among other items, an Apple iPad 9 and Apple iPad Air 2 were seized from WESTPFAHL's residence, and an Apple iPhone 15 Pro was seized from WESTPFAHL's person.

49.     Concurrently to the execution of the search warrants, Agents conducted a non-custodial interview of WESTPFAHL. WESTPFAHL identified his Snapchat account as "Travtaur". WESTPFAHL resided alone and acknowledged owning a cellular telephone and an iPad, in addition to other electronic devices. WESTPFAHL stated that he had been playing Call of Duty and Fortnite lately but also played Roblox a little.

50.     Pursuant to the aforementioned search warrants, investigators examined and reviewed an Apple iPad 9, an Apple iPad Air 2, and an Apple iPhone 15 Pro.  Upon review of the devices, investigators observed numerous conversation chains with various Snapchat accounts believed to belong to WESTPFAHL and potential minor victims on Snapchat. Additionally, investigators observed numerous images and videos that appeared to be taken on the Apple iPad Air 2 of an iPhone displaying Snapchat content containing child pornography. This included child pornography of what appeared to be MV2, as well as child pornography of numerous other minor victims with whom WESTPFAHL appeared to have communicated with.

### Identification of WESTPFAHL's Roblox Account

51.     Pursuant to the review of WESTPHFAL's iPhone 15, multiple emails to email address westpfahltrav@gmail.com from Roblox related to Roblox username "TuhRav" were observed. On April 16, 2024, a subpoena was served on Roblox for username "TuhRav". Roblox provided the associated email account as westpfahltrav@gmail.com with the most recent log-in IP address associated with Comcast Cable and geolocating to Mechanicsville, Virginia, on February 10, 2024.

## CONCLUSION

52.     Based on the forgoing, I submit that this affidavit supports probable cause for a warrant to search the SUBJECT ACCOUNT, described in Attachment A for evidence and instrumentalities of violations of 18 U.S.C. § 2251(a) (Production of Child Pornography), 2252A (Transportation, Distribution, Receipt, and Possession of Child Pornography), and 2422(b) (Attempted Coercion and Enticement of a Minor) further described in Attachment B.

53.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. See 18 U.S.C. §§ 2703(a), (b)(1)(A), (c)(1)(A). Specifically, the Court is "a district court of the United States … that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving the warrant on ROBLOX, Corp. Because the warrant will be served on ROBLOX, Corp., who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

Laura Toepfer
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on May 13, 2024.

/s/

Summer L. Speight
United States Magistrate Judge

17

## **ATTACHMENT A**

### **Property to Be Searched**

This warrant applies to information associated with the Roblox account(s) username: TuhRav (email address: westpfahltrav@gmail.com) that are stored at premises owned, maintained, controlled, or operated by ROBLOX, Corp., a company headquartered at 970 Park Place, Suite 100, San Mateo, California 94403.

## ATTACHMENT B

### I.    Information to be disclosed by ROBLOX, Corp.

To the extent that the information described in Attachment A is within the possession, custody, or control of ROBLOX, Corp. ("Roblox"), including any messages, records, files, logs, or information that have been deleted but are still available to Roblox, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Roblox is required to disclose the following information to the government for each account listed in Attachment A:

(a)    All records pertaining to the purchase, exchange, sharing, or gifting of Robux by the user account with/to any other Roblox users;

(b)    All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, phone numbers, gender, hometown, occupation, and other personal identifiers;

(c)    All past and current usernames and vanity names associated with the account;

(d)    The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

(e)    All activity logs including IP logs and other documents showing the IP address, date, and time of each login to the account, as well as any other log file information;

(f)    All information regarding the particular device or devices used to login to or access the account, including all device identifier information or cookie information, including all information about the particular device or devices used to access the account and the date and time of those accesses;

(g)    All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

(h)    All communications or other messages sent or received by the account since **January 1, 2023;**

(i)    All user content created, uploaded, saved, or shared by the account, including any comments made by the account on photographs or other content since **January 1, 2023;**

(j)    All data and information that has been deleted by the user(s) of the account since **January 1, 2023;**

1

(k)     Address books, contact lists and "my friends" if available;

(l)     Other user accounts associated with, referenced in or accessed by the above mentioned Roblox Account(s)

(m)     A list of all users that the account has "unfollowed" or blocked;

(n)     All privacy and account settings; and

(o)     All information about connections between the account and third-party websites and applications.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2251(a) (Production of Child Pornography), 2252A (Transportation, Distribution, Receipt, and Possession of Child Pornography), and 2422(b) (Attempted Coercion and Enticement of a Minor), involving user(s) of SUBJECT ACCOUNT since **January 1, 2023 to the present**, including, for each username identified in Attachment A, information pertaining to the following matters:

(a)     All images depicting children engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256;

(b)     All electronic communications regarding children engaging in sexually explicit conduct;

(c)     All communications with potential minors involving sexual topics or made in an effort to seduce the minor;

(d)     Any evidence that would tend to identify the person or their state of mind when using the account when any of the items listed in subparagraphs a-c were sent, read, copied or downloaded;

(e)     The production, distribution, and receipt of child pornography;

(f)     Evidence indicating how and when the Roblox account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Roblox account owner;

(g)     The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

2

(h) The identity of the person(s) who communicated with the user ID about matters relating to the sexual exploitation and extortion of a juvenile and the production, distribution, and receipt of child pornography, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.